O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-2416 AHM (Ex) | Date | June 28, 2010 |
|---|---|---|---|
| Title | AFIRA AFSAR v. J.P. MORGAN CHASE NATIONAL CORPORATE SERVICES, INC., *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:     Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

In this action originally filed in Los Angeles County Superior Court and subsequently removed to this Court, Plaintiff Afira Afsar has brought suit against Defendants J.P. Morgan Chase National Corporate Services, Inc. ("J.P. Morgan") (erroneously sued as JPMorgan Chase Bank, N.A.), California Reconveyance Company ("CRC"), and Tami Morgan, in connection with a refinancing mortgage transaction that closed on April 1, 2006.  First Amended Complaint ("FAC") ¶¶ 13-14.  On May 11, 2010, the Court denied as moot Defendants' motion to dismiss Plaintiff's original Complaint because Plaintiff had voluntarily filed her FAC on May 10, 2010.  Plaintiff's FAC alleges one cause of action under federal law—claim fourteen for violation of the Truth in Lending Act ("TILA"), 15 U.S.C. § 1601 *et seq*.  All remaining claims are brought under state law.  Defendants J.P. Morgan and CRC have now moved to dismiss all claims in the FAC pursuant to Rule 12(b)(6).

Plaintiff has failed to oppose the motion to dismiss, although Plaintiff's counsel did appear at the hearing that the Court held on June 28, 2010.  "The failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion."  Local Rule 7–12.  In addition, the motion appears meritorious on its face, at least as to the federal claim.  Accordingly, for the following reasons, the Court GRANTS Defendants' motion to dismiss[1] as to the federal claim and *sua sponte* REMANDS the case to the Superior Court for the County of Los Angeles.

---

[1] Docket No. 16.

O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-2416 AHM (Ex) | Date | June 28, 2010 |
|---|---|---|---|
| Title | AFIRA AFSAR v. J.P. MORGAN CHASE NATIONAL CORPORATE SERVICES, INC., *et al*. | | |

    Plaintiff's claim under TILA is time-barred.  The mortgage transaction at issue closed on April 1, 2006.  FAC ¶¶ 13-14.  Plaintiff did not file her Complaint until February 23, 2010—nearly four years after the transaction in question.  Notice of Removal ("NOR"), Ex. 1 at 3.  The statute of limitations for damages under TILA is one year.  15 U.S.C. § 1640(e).  The statute of limitations for rescission under TILA is three years.  Plaintiff has alleged no facts that would justify equitable tolling of the statute of limitations.  Thus, Plaintiff's claim under TILA—claim fourteen—is time-barred and is dismissed without leave to amend.

    All of the remaining claims are pendent state law claims.  The original basis for subject matter jurisdiction has been destroyed.  Pursuant to 28 U.S.C. § 1367(c)(3), the Court declines to exercise supplemental jurisdiction over the remaining state law claims and *sua sponte* dismisses the remaining claims and remands them to Los Angeles County Superior Court.

                                                                                                                :

                                                 Initials of Preparer        SMO

**JS-6**